FILED IN CHAMBERS
U.S.D.C. - Rome
JAN 0 9 2014
JAMES N. HATTEN, Clerk
           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES COFER AND AMY COFER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SECURE CASH SYSTEMS, LLC D/B/A SCS ) <br> PRIVATE FUNDING; RAY MCNEIL; LINDA ) <br> KIRKLAND; AMERICAN EAGLE ) <br> CONSULTANTS, INC; ARTHUR GEISS; ) <br> SCOTT O'NEIL; GAYLIN WARE; TOTAL ) <br> CHOICE CORPORATION; KENNETH ENRICO; ) <br> THE ENRICO CORP.; and DOE DEFENDANTS ) <br> 1-5, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br> NO. 1:13-cv-02603-RLV |

## JUDGMENT

The defendant THE ENRICO CORP. having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Robert L. Vining, Jr., United States District Judge, by order dated December 18, 2013, having directed that judgment issue in favor of plaintiffs and against the defendant, it is hereby

ORDERED AND ADJUDGED that the plaintiffs CHARLES COFER and AMY COFER recover from THE ENRICO CORP. in the amount of $241,500.00 plus attorneys' fees in the amount of $72,450.00 plus expenses of litigation in the

amount of $567.07 plus interest from the date of judgment as provided by law together with the costs of this action.

Dated at Atlanta, Georgia this 9th day of Jan., 2014.

*[signature]*
Hon. Robert L. Vining
Judge, United States District Court
Northern District of Georgia

Prepared by:

/s/ Gregory O. Shenton
Gregory O. Shenton
Georgia Bar No. 640943
Shenton Law, P.C.
Marietta Station--Brumby Building
127 Church Street, Suite 360
Marietta, Georgia  30060
678-290-6530
678-290-6531 (fax)