FILED IN CHAMBERS
U.S.D.C. - Rome
MAR 10 2014
JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES COFER and AMY COFER,<br><br>Plaintiffs,<br><br>v.<br><br>SECURE CASH SYSTEMS, LLC; RAY MCNEIL; LINDA KIRKLAND; AMERICAN EAGLE CONSULTING, INC; ARTHUR GEISS; SCOTT O'NEIL; GAYLIN WARE; TOTAL CHOICE CORPORATION; JOHN DOES 1-5; KENETH ENRICO; AND THE ENRICO CORPORATION,<br><br>Defendants. | CIVIL ACTION NO.<br>1:13-cv-2603-RLV |

### RULE 41 (a)(2) DISMISSAL WITHOUT PREJUDCE AS TO ALL CLAIMS AGAINST AMERICAN EAGLE COMPANY, INC.

Having come before this Court the Plaintiffs' Motion for Entry of an Order of Dismissal Without Prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), with the subject parties having resolved the claims by way of settlement, and for good cause shown, IT IS HEREBY ORDERED that a DISMISSAL WITHOUT PREJUDICE as to all claims of Plaintiffs against DEFENDANT AMERICAN EAGLE CONSULTANTS, INC. shall be entered on the docket of this Court with each Party shall bear its own costs and attorney's fees.

So ORDERED this _10th_ day of _MARCH_, 2014.

*Robert L. Vining, Jr.*
Hon. Robert L. Vining, Jr.
Judge, United States District Court
Northern District of Georgia