# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CHARLES COFER, et al.,

    Plaintiffs,

v.                           CIVIL ACTION FILE NO.:
                                 1:13-CV-02603-HLM

SECURE CASH SYSTEMS, LLC, et al.,

    Defendants.

## ORDER

This case is before the Court on Plaintiffs' Motion for Voluntary Dismissal Without Prejudice of Defendants Secure Cash Systems, LLC, Arthur Geiss, and Scott O'Neil [138], on the Court's September 2, 2014, Order [140], and on Defendant Gaylin Ware's Objection [141].

Plaintiffs seek to dismiss their claims against Defendants Secure Cash Systems, LLC, Arthur Geiss, and Scott O'Neil without prejudice. (Docket Entry No. 138.) On September 2, 2014, the

AO 72A
(Rev.8/8
2)

Court issued an Order directing the remaining Defendants to file their Objections, if any, to the dismissal without prejudice of Defendants Secure Cash Systems, LLC, Arthur Geiss, and Scott O'Neill within fourteen days after September 2, 2014. (Order of Sept. 2, 2014 (Docket Entry No. 140).) The fourteen-day period has expired, and the Clerk's docket indicates that only Defendant Gaylin Ware has filed an Objection. (Docket Entry No. 141.) The Court has reviewed Defendant Gaylin Ware's Objection, and concludes that the Objection does not warrant denying the Motion to Dismiss Without Prejudice.[1]

ACCORDINGLY, the Court **GRANTS** Plaintiffs' Unopposed Motion to Dismiss Without Prejudice Defendants Secure Cash

---

[1] Defendant Gaylin Ware's Objection is based on that Defendant's belief that "plaintiffs were never clients of Gaylin Ware Or Total Choice Corp, et al., defendants; therefore I think it's only right for the plaintiffs to dismiss their claims against Gaylin Ware and Total Choice Corp, et al., without prejudice." (Objection (Docket Entry No. 141) at 1.)

2

Systems, LLC, Arthur Geiss, and Scott O'Neil [138], and **DISMISSES WITHOUT PREJUDICE** Plaintiffs' claims against those Defendants.

IT IS SO ORDERED, this the 18 day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

3

AO 72A
(Rev.8/82)