**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHARLES COFER and MARY COFER,<br><br>              Plaintiffs,<br><br>vs.<br><br>GAYLIN WARE and TOTAL CHOICE CORPORATION,<br><br>              Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-2603-AT |

**D E F A U L T   J U D G M E N T**

      This action having come before the Court, the Honorable Amy Totenberg, United States District Judge, for consideration of the plaintiffs' motion for default judgment against defendant, Total Choice Corporation, and the Court having **GRANTED** said motion, it is hereby

      **ORDERED AND ADJUDGED**, that default judgment is awarded in favor of the plaintiffs and against the defendant, Total Choice Corporation, on Count V in the amount of $3,500, subject to any apportionment or joint and several liability principles.

      Dated at Atlanta, Georgia this 24th day of June, 2015.

                                                    JAMES N. HATTEN
                                                  CLERK OF COURT

                              By:    s/ James Jarvis
                                              Deputy Clerk

Prepared and entered
in the Clerk's Office
June 24, 2015
James N. Hatten
Clerk of Court
By:    s/ James Jarvis
        Deputy Clerk